JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL MORENO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN KERN VALLEY STATE PRISON,<br><br>Respondent. | Case No. CV 20-05522-VAP (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action dismissed with prejudice.

Date: October 28, 2020

VIRGINIA A. PHILLIPS
United States District Judge